UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RECEIVED
JUL 2 5 2014
THOMAS G BRUTON
CLERK, U S DISTRICT COURT

Kreigh Hawk

Plaintiff(s),

vs.

Catholic Charities, Evening Supper Supervisor Sandra?, Security Supervisor Charles?, Quenton Quincy, Claude Scott, Chicago Police Officers Responding to Delay Prior, Northwestern Memorial Hospital Dr. Weimer, Et. Al

Defendant(s).

1:14-cv-05748
Judge John J. Tharp, Jr
Magistrate Judge Sheila M. Finnegan

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a pro se plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is Kreigh Bo Hawk.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, _Don't Know_____, is
   (name, badge number if known)

   ☒ an officer or official employed by _Chicago Police Department_
   (department or agency of government)
   _____or

   ☐ an individual not employed by a governmental entity.

*If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

   acted is _Chicago Illinois Cook_____. As to plaintiff's federal

   constitutional claims, the municipality, township or county is a defendant only if

   custom or policy allegations are made at paragraph 7 below.

6. On or about _7/27/12_ 7/28/12 at 9:20 AM, at approximately _5:00_ ☐ a.m. ☒ p.m.
   (month, day, year)
   plaintiff was present in the municipality (or unincorporated area) of _Chicago_

   _Illinois_____, in the County of _Cook_____,

   State of Illinois, at _721 N. LaSalle / Deming And Orchard_
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☐ searched plaintiff or his property without a warrant and without reasonable cause;
   ☐ used excessive force upon plaintiff;
   ☒ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☒ failed to provide plaintiff with needed medical care;
   ☒? conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other: _____

   _____

   _____

2

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (**Leave blank if no custom or policy is alleged**):_____

_____

_____

_____

_____

8. Plaintiff was charged with one or more crimes, specifically:

_____

_____

_____

_____

9. (**Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"**) The criminal proceedings

☐ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☐ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows_____

_____.

☒ Other: No Action Was Taken By Police Officer

---

[1]Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

Upon Entering The Property At 721 N. LaSalle Security Ofc Charles Stated I'd Better Dot my I's And Cross My T's Because He'd Be Watching Me, After Being Seated Clarke Scott Approached From Another Table Slapping Me On The Back Saying Miguel Say's How You Doing Moments Later He Did The Same Again I Ask Him To Stop Doing That, At That Point Quenton/Quincy Struck Me In The Face At Which Point I Struck Him And Tried To Hold Him To Stop Any Further Agression At This Point Security Charles Came And Grabbed Me From Behind Yanking Me By My Shoulders And Forcibly Removing Me From The Room Which He Did Not Do To The Other Individuals..

11. Defendant acted knowingly, intentionally, willfully and maliciously.

Yes...

12. As a result of defendant's conduct, plaintiff was injured as follows:

As Shoulder Procedure Done In 1999 (is) Was Injured and I Have Been Unable To Recieve Proper Treat To Present Date And It Currently Is A Daily Problem.

13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

*Yes*

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☒ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Kreigh Hawk*

Plaintiff's name *(print clearly or type)*: Kreigh Hawk

Plaintiff's mailing address: 9536 S. Wentworth

City Chicago   State IL   ZIP 60628

Plaintiff's telephone number: (773) 314-7120.

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

---

15. Plaintiff has previously filed a case in this district. ☒ Yes ☐ No

*If yes, please list the cases below.*

Don't Know The Case Numbers, The Were Lost or Stolen From My Possesion

Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.

5